# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Tommy L. Johnson

_____

_____

_____

*Plaintiff(s)/Petitioner(s)*

v.

John Doe #1

John Doe #2

John Doe #3

_____

*Defendant(s)/Respondent(s)*

Case Number: 22 - 178 - DWD

*(Clerk's Office will provide)*

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

Jury Trial Demand

I.   **JURISDICTION**

**Plaintiff:** Tommy L. Johnson   # R01286

A.   Plaintiff's mailing address, register number, and present place of confinement.

Tommy L. Johnson #R01286
Shawnee Correctional Center

**Defendant #1:**

B.   Defendant John Doe #1 _____ is employed as

(a)   (Name of First Defendant)

Correctional Officer / Driver   is sued in his individual capacity. *

(b)   (Position/Title)

with Shawnee Correctional Center

(c)   (Employer's Name and Address)

665 State Route 146 East Vienna, Illinois 62995

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If your answer is YES, briefly explain: Defendant #1, was a correctional Officer, on duty at the time of incident And play apart in the incident. Defendant is employee of the state! Defendant John Doe who at all times mentioned within this Complaint

Rev. 10/3/19

**Defendant #2:**

C.    Defendant John Doe #2, _____ is employed as

(Name of Second Defendant)

Correctional Officer / Driver
(Position/Title)    is sued in his (individual capacity) *

with Shawnee Correctional Center
(Employer's Name and Address)

6665 State Route 146 East, Vienna, Illinois 62995

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?  ☒ Yes   ☐ No

If you answer is YES, briefly explain: Defendant #2, was correctional officers, on Duty at the time of the incident and play apart in the incident. Defendant is employee of the State) John Doe #2    A correctional officer, who at all times mentioned within this complaint.

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Plaintiff, request that the court name John Doe #3, a correctional officer / Dispatch Employer; Shawnee Correctional Center 6665 State Route 146 East Vienna Illinois 62995

* Employed by state * is sued in his (individual capacity) *

[Yes] Defendant #3, was a correctional officer, on Duty at the time of the Incident and play apart in the incident. Defendant is employee of the state! John Doe #3    A correctional officer who at all times mentioned within this complaint.

## II.   PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law? ☒Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s): Tommy L. Johnson

Defendant(s): Guardianship Advocate
Illinois Department of Childrens Family Services
Lutheran Social Services
Champaign County State Attorney

2.    Court (if federal court, name of the district; if state court, name of the county): Champaign County ~ Illinois

3.    Docket number: 2019 L 000075

4.    Name of Judge to whom case was assigned: Jeffrey B. Ford

5.    Type of case (for example: Was it a habeas corpus or civil rights action?): Civil Complaint

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): In writing the Court stated, Plaintiff, to refile and show who committed what acts, what cause of action are alleged etc. Fee waiver Denied * Plaintiff didn't Refile!

Rev. 10/3/19

II. List All lawsuits you (and your co-plaintiff if any) have filed in any State or federal court in the United States

A. Name of case and Docket number;

　　Johnson V. Rightnowar et al
　　　　3:20-cv-00048-smy

B. Approximate date of filing Lawsuit;
　　　　1/13/2020

C. List all plaintiff (if you had co-plaintiff,
　　　　Tommy L. Johnson


D. List all Defendant; Dawan Rightnowar
　　　　　　　　　　　　Lucas Nannie



E. Court in which the Lawsuit was filed (if federal court, name the district if state court, name the County; (united states District Court for the Southern District of Illinois.)    Civil court


F. Name of Judge to whom case was assigned;
　　1. Judge Staci M. Yandle
　　2. Judge Gilbert C. Sison

G. $1,700,000.00,

H. Disposition of Case; on-going-in Proceedings

I. Approximate date of Disposition; un-determine

II. List All lawsuits You (and your co-plaintiffs, if any) have filed in any state or federal court In the United States.

A. Name of case and Docket number; (N/A)

B. Approximate date of filing Lawsuit
N/A = 2014   is the year
OR
2015

C. List all plaintiff (if you had a co-plaintiff)
Tommy L. Johnson

D. List all Defendant; (The Development Center)
In - Rantoul Illinois 61866

E. Court in which the lawsuit was filed (if federal court, name the district, if state court, name the county)
(Champaign County- circuit court Sixth Judical circuit)
Civil court

F. Name of Judge to Whom case was Assigned:
N/A - I think; Judge Clemmons
A female judge; It was clem or clemmons

G. Basic claim made; N/A

H. Disposition of Case; The court told me to Amend my claim8 & never file amend.

I, Approximate date of Disposition
; N/A

7.   Approximate date of filing lawsuit: 6/13/ 2019

8.   Approximate date of disposition:
6-19-2019

9.   Was the case dismissed as being frivolous, malicious, or for failure to
state a claim upon which relief may be granted and/or did the court
tell you that you received a "strike?"

For failure to state a claim

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution? ☒ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner
grievance procedure?                                              ☒ Yes   ☐ No

C.   If your answer is YES,
1.   What steps did you take? Wrote (8) grievance 8 submit it
Unit 3 house - I place grievances
Unit 4 house - I place grievances
unit 2 house - I place grievances
* mail (1) to the ARB, mail (1) to Danville CC . (IA)
2.   What was the result? 11-5-2021 - 1/13/2022 no response from Counselor's
no response from Grievance
officer
About Grievance # 2021-11-606
TJ.

D.   If your answer is NO, explain why not.


E.   If there is no prisoner grievance procedure in the institution, did you
complain to prison authorities?                          ☐ Yes   ☐ No

* (I wrote Grievance # 2021-11-310)
F.   If your answer is YES,            I wrote A Grievance, 8 complaint
1.   What steps did you take? Because, I Didnt receive Counseling Summary
I sent Request slips, requesting for my grievances
response's From Lieutenants, Wardens, Counselors (I.A)
Clinical Services, Grievance officer (ARB) Administrative
Review Board)
And I spoke to warden (Lu Walker), in receiving
On 12/8/21 - About the Accident Grievance # 2021-11-606,
And I wrote A Grievance on 1-8-22 for refusing to respond. TJ.

Rev. 10/3/19

(In Person)

2.   What was the result? Lu Walken (Worden), Stated If I transfer to Jacksonville C.C. my Grievance will Follow me. Grievance # 2021-11-310, Stated waiting for Responses on Grievance # 2021-11-61 (Accident).

G.   If your answer is NO, explain why not.

H.   Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

1.) On Nov 15, 2021, Debbre Knaver From Administrative Review Board mail My Notification Grievance back to me on 11/17/2021, And Requested for the Original Grievance with the Counselor Response. I then, Place all the above ✱ Submitted to the Grievance Box, Grievance # About the Accident. Inside the grievance box in Unit/Build (2).

2.) As of today It's been 70 Days without Any Response for Grievance #2021-11-61, on any 1st Level or 2nd Level, At Shawnee C.C, 6665 State Route 146 East, Vienna IL 62995.

Rev. 10/3/19

(X) Assigned Grievance #(Statutum) ____ Shawnee C.C.
2nd Resubmit
Please, Stop Ignoring Grievance

Bed #: 67 L

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: 11-5/21 | Offender (please print): Tommy I. Johnson | ID #: R01286 | Race (optional): BLK |
|---|---|---|---|
| Present Facility: Shawnee C.C | | Facility where grievance issue occurred: Shawnee C.C | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [X] Other (specify): STAFF Conduct, Speeding, Contraband, Accident, Alcohol - Negligence - Endangerment

- [ ] Medical Treatment
- [ ] HIPAA
- SAFETY HAZARD (Injured Inmate)

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report: Vehicle Accident, leaving Scene of Accident    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): *PART 1:

Incident Date 11/4/2021 At 12:00 p.m, I was Assign for a court-writ in Champaign-Urbana IL 61801. I was loaded in IDOC transporter Van, at Receiving build. And the Correctional officer John Doe #1, Buckle my Seatbelt. At the Security gate. John Doe #2, Took my I.D for Verification. On the Interstate c/o John Doe #1, the Driver was speeding And Swerving in And out of lane, on the right & left

[X] Continue on reverse side

**Relief Requested:**

More Speed monitor need to be in IDOC-Vehicles Install the System, Suspend John Doe #1, John Doe #2, John Doe #3, without pay. And Keep the c/o John Doe 1 & 2, Away from me; And Drug/Alcohol test John Doe #1, John Doe #2, & off Driving Vehicles with Inmates

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [X] Check if this is NOT an emergency grievance.

Tommy I. Johnson     # R01286     11/5/2021
Offender's Signature         ID#         Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) | Date Received: _____ | [ ] Send directly to Grievance Officer |
|---|---|---|

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____
_____
_____
_____
_____
_____

| _____ | _____ | _____ |
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance

EMERGENCY REVIEW:    Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____    _____
Chief Administrative Officer's Signature    Date

Shoulder. c/o John Doe #2, Passenger was in possession of "Pomera" Vinegar RED "wine". Inside a bottle shape Ⓐ... I Heard, This c/o State to John Doe #1, c/o: (If the Sergeant Knew he has this "wine," The Sergeant would have, His ASS!) John Doe #2 c/o, Poured his-self And c/o John Doe #1, "A Drink of "wine" in their (styro foam Cup). The Driver John Doe #1, And c/o John Doe #2, was Dis-Orient, And made a wrong turn into the Urbana, IL-mall, "Right off Vine st. Inside the Courtroom, while I was explaining to the Judge, my complaint of Ineffective Counsel on my Frankes! Hearing. c/o John Doe 1 And c/o John Doe #2, was blowing their Breathe (Aloud), And making Inpatient body Adjustments. upon leaving the courthouse Garage, A John Doe c/o, help me get inside the IDOC-van,
* Urbana Courtroom And Garage has (Camera Surveillance) it Clearly show that I was not seat buckle in by
* c/o John Doe, #1 or #2. Upon leaving c/o John Doe #2, was Driving Back into Shawnee C.C. He made a right turn on Vine st. In Front of a FEDERAL courthouse (Urbana, IL) And made A RECKLESS TURN BY speeding~Driving, Into on Coming TRAFFIC. In Front OF A (CTA)-CITY Bus, Full of PASSENGERs, with Camera on (CTA)-BUS. John Doe #2, was speeding on the Interstate 90 mph & Exit in (Neoga, IL). Both c/os made a Stop at Casey gas station for pizza & ICE, For more Drinking "wine/vinegar, color of RED. And not clear plain
* vinegar for a salad! Finally, John Doe #2, drove back on the Interstate at 90 mph And hit the (BUCK)-head-first, Antlers, Deer venison, Brams, Blood, Feces, on the right side of the IDOC-Van. c/o John Doe #2, called & check in with An Shawnee C.C, c/o John Doe #3, on the phone. And inform the c/o John Doe #3, that he hit a (Buck/Deer), And the right SIDE headlight is not working! And that the IDOC-Transport Vehicle is Damage. c/o John Doe #3 And c/o John Doe #2, made the Decision, That c/o John Doe #2, to keep Drving, with this Safety-HAZARD. I'm Diagnois with PTSD @ Shawnee C.C. mental health, From An Incident on 6/12/19. I take Psychotropic medication name; Zoloft, It's A Antidepressants! The Accident cause my Anxiety level to Rise to a level 10. I was Scared & felt I was about to Die, on this transport Court-writ. Because, the correctional officers, Put my life And safety at a Great Risk of Danger. I got (whip lash), I hit the Top of my head on the "Roof" of the IDOC-Van, and my head hit the window And my Back slam into the Seat Causing my Injuries to my right Shoulder, neck, Head, And Back! While the John Doe #2, correctional officer turn the steering Wheel to the left, to the Right, Back to the left to the Right," Losing Control of the Vehicle.

Assignee Grievance administration Shawnee C.C
2nd Resubmit
Please, stop ignoring Grievance

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender's Grievance**

| Date: 11/5/21 | Offender (please print): Tommy l. Johnson | ID #: R01286 | Race (optional): BLK |
|---|---|---|---|
| Present Facility: Shawnee C.C | | Facility where grievance issue occurred: Shawnee C.C | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA *(Accident)*
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [X] Other (specify): *safety hazard, misconduct, speeding*
- [ ] Disciplinary Report

*Injured An Inmate (Physically & mentally)*

_____ Date of report _____ _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
  **Chief Administrative Officer,** only if EMERGENCY grievance
  Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

\* Part 2: Incident Date 11/4/2021, (losing control of the Vehicle). (I Scream) keep control of the steering wheel. I Don't want to DIE. What I thought & SAID. While my BODY flew up into the (mid-AIR). I seen the Deer HEAD... And felt the vehicle made (impact-contact) And the IDOC vehicle run over the (Deer/Buck). I felt the rolling of the CARCASS, under the (transport Van)

[X] Continued

**Relief Requested:**

Every C/O transporting Inmates, Do A DUI-Test, Drug test. Breathalyze in IDOC-Vehicles. For the John Doe #1), And John Doe #2), To never transport me on a court-writ/transfer Anymore.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [X] Check if this is NOT an emergency grievance.

Tommy l. Johnson _____    #R01286 _____    11/5/2021
Offender's Signature            ID#              Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)  Date Received: _____  [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____

_____

_____

_____

_____

_____

_____    _____    _____
Print Counselor's Name        Sign Counselor's Name        Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance

**EMERGENCY REVIEW:**  Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____    _____
Chief Administrative Officer's Signature        Date

Distribution: Master File, Offender                Page 1 of 2                DOC 0046 (Rev. 3/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

OF IDOC. I was (not) in a seat belt buckle c/o John Does, Fail to secure me at the courthouse Urbana Il, (PART 1 of Grievance). The transport vehicle right side headlights was out and the IDOC-vehicle was Damage From the Accident (SAFETY-HAZARD) the John Doe #2, Drove into (Salem, IL) And both (John Does), laugh, And Video And photo's the Van Damage And Deer blood And Feces, then posted on social-media. John Doe #2, exit From the gas station and Drove into (Marion, IL) And the left side headlight went out. The John Doe #2, made a call to Shawnee C.C by (cell-phone). To the c/o John Doe #3, And the decision was made to Continue driving (safety Hazard). Finally, the transport Van made it to (Goreville, IL) and stop at O'ASIS/ American (LIQUOR STORE). c/o John Doe #2, call to Shawnee C.C to c/o John Doe #3, For another IDOC-vehicle to rescue Inmate Johnson R01286, c/o John Doe #1, & c/o John Doe #2. Meanwhile, c/o John Doe #2 * gave me his Styro-Foam cup to urinate in, And I throw it out on the Ground. As we waited 1 hour, until Another c/o John Doe #4, Arrive with the IDOC-Transport Van, Which Brought back (c/o John Doe #1) And c/o John Doe #2-Drove the Accident vehicle back to the Compound. I witness c/o John Doe #1 & #2, put their LUNCH Big CARRY BAG, inside their Vehicles of (1) white mimi van, And (1) small Gray CAR. Also the Goreville Il police CARS we pass by. I heard, the c/o (John Does) stated they (not) writing An Incident report, But only IF the (Sergeant) Make them. The c/o's John Doe, Didn't make a police report with the state police about the Accident. c/o John Doe #2 put my life at Risk, other motor vehicles And humans at risk of losing their life. From their Accident And Decision, making From Drinking "Wine" And leaving the ROADKILL of a (Buck), An Deer Left in the middle of the Interstate. And the John Does c/os, went Home @ 11:00 p.m at Shift change. And they Didn't return my original (Inmate ID) out their yellow legal Envelope, that I gave them at the gate check At 12:00 p.m, on 11/4/2021. These (2) correctional John Does, who drove me on my court-writ violated my "Eighth Amendment Rights" By Failure To Protect me, And By Drinking "Wine" on Duty, And "Negligence"), By Reckless Driving And Speeding 90 mile per hour, Cause the Accident. Which I suffer, From Anxiety And Injuries to my Head, Neck, (Right shoulder) And my Back And neither c/o John Does, WARN OR Intervene EACH OTHER TO STOP DRINKING And Speeding, with An Injured (IDOC-Inmate) due to past Medical History And Previous Schedule

*2nd Resubmit* Shawnee C.C. Housing Unit 36 Bed # 672
Please Stop Ignoring Grievance ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender's Grievance

| Date: 11/5/2021 | Offender (please print): Tommy L. Johnson | ID #: R01286 | Race (optional): BLK |
|---|---|---|---|
| Present Facility: Shawnee C.C. | | Facility where grievance issue occurred: Shawnee C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [X] Other (specify): Accident, Injured-Inmate, Safety Hazard, Contraband, Drinking Alcohol on Duty - Speeding
- [ ] Disciplinary Report

Date of report STAFF CONDUCT (Injured Inmate) Facility where issued (NeGliGence)

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

* Part 3: Incident Date 11/4/2021 - medical history and previous schedule Medication taking Tylenol, Zoloft, and Naproxen, and low Bunk Permits. (I heard both c/o John Does states; to each other they was driving at 90 mph. * I Also, ask the c/o John Does, their names on the way to the Courthouse, But they refuse to tell me on this (11) hour Drive (12pm to 11pm)

[X] Continued on reverse

**Relief Requested:**

Every c/o transporting inmates Do A DUI test Suspend John Doe 1, For 1yr without pay/Fired. Suspend John Doe 2, for 2yr without pay/Fired. Suspend John Doe 3, for 1yr without pay (For Inmate Johnson, To Be Seen By Off Ground Hospital, Doctor, Chiro Practer, including (X-RAYs)

- [ ] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [X] Check if this is **NOT** an emergency grievance.

| Tommy L. Johnson | R01286 | 11/5/2021 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

| | | |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance

---

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____
Chief Administrative Officer's Signature                Date

they (Concealment of their Identity), they Damage & misuse IDOC STATE Property (THE Transport Vehicle) they was in possession of contraband; The Pomero-Vinegar RED "Wine". the C/o's John Does BehaVior clearly is STAFF MisconDuct And Abuse of Power, by making EndAngeR choices and Decisions And by Drinking. Alcohol on Duty in IDOC Employee ("uniforms") And Speeding, Violations of the State (Driving/Criminal) Laws, Statutes, And FedeRAl Policy & IDOC Policy. These (2) C/o John Does was Riding Above the law of Illinois. I experience Anxiety, Trauma, Grief & Depression. (DeeR/Buck); my Favorite Animal, my Birthday is on "Christmas Day". I witness, C/o John Doe #2, Retrieve the "Wine" out His "BIG" Black Square Shape Lunch CARRY-on Box Bag; 🔲 . Futhermore, on the way back 'After hitting the (Deer/Buck). C/o John Doe' says, To me he is (old-School), He got 30 yRs in & The other C/o John Doe got 20 years In. C/o John Doe #2, States; He went to School in S.I.U, & Previously work at (SheRiDAn C.C). But, on the way to (URbana IL) Court-House, C/o John Doe #2, States; him And C/o John Doe #1, has only work for ShaWnee C.C, FOR (2) months. I Replied, ya'll sure have 2lot of Knowledge about all these towns, And the AREAS in (2) months.

*I Grievence, Because C/o John Doe #2, WASn'T Being CAReful Enough; The Accident WAS A Result OF "Human (Negligence)". This Accident wouldn't happen IF the correction Officer C/o John Doe #2, WASn't Speeding at 90mph, And Drinking And Driving; the C/o John Doe #(2), WAS Drinking-Vinegar-RED "WINE". And, also C/o John Doe #1, John Doe #2, & John Doe #3, Violated My Eighth Amendment RIGHTS, And By putting me Endanger- my life WAS At RISK OF Being (lost/Killed), And or HARM, SAFety And or Injured physically, And mentally HURT. And I WAS Denied Medical treatment from An OFF Ground Hospital by ShaWnee C.C healthcare Employees, And John Doe #1, John Doe #2, left the Scene OF an Accident with An IDOC Injured Inmate.

Tommy L. Johnson
/#R01286

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Incident Date: 11/4/2021 at 12:00 Pm. I was Assign for a Court-writ in Champaign-Urbana IL 61801 On the interstate c/o John Doe #1, the Driver was speeding And Swerving in And out of lane, on the right & left shoulder c/o John Doe #2, PassenGer was in Possession of "PomerA" ViNeGaR ReD "WINE"! Inside a bottle shape. ...
I heard this c/o John Doe #2, states to John Doe #1, c/o: (If SerGeant knew he has this "wine", The SerGeant would have his Ass!) John Doe #2 c/o, Poured his-self and c/o John Doe #1, a drink of "Wine" in their (Styrofoam Cup). The Driver John Doe #1, And c/o John Doe #2 was Dis-orient, And made a wronG turn Into the Urbana IL-mall riGHt off Vine St. Inside the CourtRoom, c/o John Doe #1 & c/o John Doe #2, was blowing their Breathe (Aloud), and makinG impatient body adjustments, while I was explaining to the Judge, my Complaint of Ineffective Counsel on my krankel hearinG.
- UPon leavinG the Courthouse GarAGe, A John Doe c/o helP me Get inside the IDOC-Van, Urbana Courtroom And GaraGe has (Camera-Surveillance) it clearly Show that I was not Seat buckley in by c/o John Doe #1 or #2.

Rev. 10/3/19

(1)

UPon leaving the Courthouse Garage  C/o John Doe#2, was Driving Back to Shawnee C.C. He made a right turn on Vine St. In front of a federal Court house (urbana,FL) And made a Reckless turn by Speed-Driving into on Coming traffic, In front of a(C.T.A) City Bus, full of Passengers. with Camera on CTA Bus. John Doe #2, was speeding on the Interstate 90mPH & Exit in (NEOGA IL). Both correctional officer's made a stop at CASEY'S GAS Station FoR Pizza & ICE, For more Drinking "wine/VineGAR, Color of RED. And, not Clear Plain VineGar for salaD!

Finally, John Doe#2, drove back on the Interstate, At 90 mPh, Into on Coming TRAffic", And hit the (Buck) head-First, Antlers, Deer venison, Brains, Blood, Feces,on the right side of the IDOC-Van. c/o John-Doe #2, cAlled & check in with an Shawnee C.C EmPloyee - C/o John Doe #3, on the Phone. And, Informed the C/o John Doe #3, that he had hit a (Buck/DeeR), And the Right siDe "Headlight" is not woRkinG! And, that the IDOC-Transport Vehicle is DAMAGE. C/o John Doe #3 And C/o John Doe #2, made the Decision, that C/o John Doe #2, to keep DRiving, with this Safety-HAZARD.    I'm DIAGnois with PTSD, at Shawnee C.C mental health from an incident on 6/12/2019. I take Psychotropic medication name: zoloft. It's A Anti depressants! The Accident cause my Anxiety level to Rise TO A Level 10. I was Scared & Felt I was
(2)

3

about to Die. on this transport court-writ. Because, the Correctional Officer's, put my life And safety, At a Great Risk of Danger. I Got (whip lash), I hit the Top of my head on the "Roof" of the IDOC-Van, and my head hit the window and My Back, slam into the seat causing my Injuries; to my Right Shoulder, my neck, my Head And Back! While, John Doe #2; this correctional- -Officer, turn the Steering wheel to the left, To the Right, Back to the Left, To the RIGHT.

c/o John Doe #2; Lost Control of the Vehicle, Took his hands off the wheel And Continue Accelerate the (Gas. pedal.) I scream, keep control of the wheel, And take your Foot off the Gas! Because, I don't want to Die, what I thought & said. While, my body flew up", Into the (MID-AIR). I seen the Deer Head, And felt the Vehicle made (Impact- Contact) And the IDOC-Vehicle run over the (Deer/Buck). I felt the Rolling of the Carcass, under the (TRANSPORT Van) of IDOC. I was not in a seat belt Buckle  c/o John Does, Fail to Secure me at the courthouse Urbana IL, And at Casey Gas Station in Neoga, IL. The Transport Vehicle right side "headlights" Was out And the IDOC-Vehicle was DAMAGE From the Accident (Safety HAZARD), the John Doe #2. Drove into (Salem, IL)

(3)

4

And both (c/o-John Does) laugh And video, And Photo's
the Van DAMAGE And DEER BLOOD AnD Feces. Then,
Posted on Social-media. c/o John Doe #2, Exit
From the Gas Station and Drove into (MARION,IL)
* And, The left side "headliGHT" went Out!

The c/o JohnDoe #2, made a call to Shawnee C.C,
BY (Cell Phone). To the c/o John Doe #3,
And the Decision was made to Continue
DRiving (safety HazaRD). Finally, the transport
Van made it to (Goreville,IL), and STOP aT
"The O'ASIS / American (LIQUOR STORE)."    |
c/o-John Doe #1, Exit the Van, And Enter the Liquor store,
 7 minutes later return to the transport Van.
c/o-John Doe #2, call to Shawnee C.C to c/o John Doe#3,
FoR Another IDOC-vehicle to rescue Inmate Johnson
#RO1286, c/o-John Doe #1, & c/o-John Doe #2.
Meanwhile, c/o-John Doe #2, Gave (me) his Styro-Foam
cup,To urinate in, And I throw it out the van too,the
Ground in Front of the (LIQUOR-STORE). As we
WAited (1) hour until Another c/o-John Doe #4,
ARRive with the IDOC-transport Van, which
BroughT back c/o John Doe #1, And Inmate Johnson,
c/o-John Doe #2, drove the Accident Vehicle back
to the Compound. I witness c/o John Doe#1 & #2,
Put their Lunch BIG CARRY BAG, Inside their Vehicles
of (1) white mini Van, And (1) small GRAY CAR.
I heard, the c/os - John Doe's STATes
                    (14)

5

they not writing a incident report, But only
If the (SeRGEAnt) make them do so. These
c/o John Doe's Didn't make a Police report with the
State Police about the Accident. Both c/o John Doe's
Left the scene of An Accident. c/o John Doe #2,
Put my life at Risk, other motor-vehicles, And
humans at risk of losing their life. From their
Accident And Decision making from Drinking
"wine" And Leaving the Road kill of a (Buck)
Left, In the MIDDLE OF The1 Inter state
And, the John Does c/o's went Home @ 11:00pm
At Shift CHANGE.

These (2) Correctional OFFICERS John Does,
who drove me on my Court-writ, Violated my
EIGHTH Amendment RIGHTS, BY Failure to
Protect me AnD BY DRInKInG "WINE" On DutY,
And ("NeGliGence") BY Reckless DRIVInG
And SPeeDInG 90 miles Per hour, CAUSE the
Accident. Which I suffer from Anxiety And
Injuries to my Head, Neck, RIGHT Shoulder, And
my BACK. And, neither Correctional Officer
WARN OR Intervene Eachother to STOP
DRinking And SPEEDING, with An
*(INJURED)-IDOC-Inmate, due to PAST
Medical History And Previous schedule
Medication of TAKInG tylenol, zoloft And
NaPROXEn, And low Bunk Permits.

(5)

I heard, Both Correction Officer's states;
To Eachother they was Driving at 90 miles Per hour.
I ask both C/o's John Does, their names on the way
to court. But, they Refuse to tell me on this (11) hour
Drive 12 p.m to 11 p.m, they (concealment of their
Identity). They DAMAGE & misuse IDOC-State-Property
(The Transport Vehicle); while transporting An Inmate.
Both C/o's was in Possession of Contraband; The Pomero-
VineGAR (RED) "wine". The C/o's John Does, Behavior
clearly is Staff Misconduct, Abuse of Power; By
making EndanGER choices and Decisions. AnD By
Drinking Alcohol on Duty in IDOC Employee
(uniforms), And Speeding, violations of the state
(Driving/Criminal); law s, statues. And Federal Policy
And IDOC Policy. These (2) C/o's John Does, was
Riding Above the laws of Illinois. (I heard; C/o -
John Doe #2, states to C/o John Doe #1, That he
Got A 6 Pack, and The Pomero - VineGAR RED "wine",
Only can be Purchase by the 6 Pk.! ) (ONLY).
* I Experience Anxiety, Trauma, Grief & Depression.
(DEER/Buck); my Favorite Animal, my Birthday, On
"Christmas Day". I witness C/o John Doe #2, Retrieve
The "RED" Wine, out his "BIG" Black SQUARE
Shape lunch CARRY-on BOX BAG!
(  )! Futhermore, C/o John Doe #2, wasn't
Being CAREFul EnouGH To Avoid An
Accident. (The Accident was A Result
Of Human NEGliGENCE.)
(6)

7.

This Accident wouldn't happen if the Correctional
Officer C/o John Doe #2, wasn't Speeding at 90 mph
And Drinking Vinegar RED "WINE"!

Also, Correctional Officer John Doe #1
        Correctional Officer John Doe #2
        Correctional Officer John Doe #3

Violated my EIGHTH Amendment RIGHTs, And
By Putting me EnDanGER. MY Life was at
Risk of Being (lost/Killed), HARm, Safety
And or InJured Physically And Mentally
hurt, And I was Denied Medical treatment
FRom An OFF Ground Hospital, And c/o
John Doe #1, John Doe #2, left the scene
of an Accident with An IDOC InJured
Inmate. That didn't Get to see A Nurse
until Several hours later at Shawnee C.C.!

Tommy L Johnson

Date: 1-13-2022

(7)

# Statement OF CLAIM
## Count I

(8)

Mr. Johnson re-alleges all statements made in this claim AGAinst Def #1. John Doe #1,

On 11/4/2021 - DEF. John Doe #1,

cause serious Injury and did cause harm to Mr. Johnson, Due to an Accident, that was cause by Human (Negligence), DRinking And DRwinG, And Speeding While Mr. Johnson, was a Passenger In the Vehicle of Your Controlment.

Mr. Johnson suffered Pain, bruising, to his Head, neck, BAck, And Right Shoulder.

Mr. Johnson suffered Mental Anguish, Distress, as well as fear of losing his life, And Due to the Safety Hazard/(no Headlights) Being transported with out (Head lights.)

DEF. John Doe #1, Denied Mr. Johnson Medical treatment for Several hours, due to leaving the scene of an Accident.

Def. John Doe #1, collective and Individual actions are a clear Violation of Mr. Johnson Constitutional Rights, And are a Violation of Mr. Johnson Eighth Amendment Rights.

(1)

(9)

# Statement of CLAIM
## Count II

Mr. Johnson re-alleges all statements made in this claim against Def #2: John Doe #2,

On 11/4/2021 - DEF: John Doe #2,

Cause serious Injury and did cause harm To Mr. Johnson. Due to An Accident, that was cause by Human (Negligence), Drinking Alcohol And Driving Reckless, Including Speeding about the speed limit.

While Mr. Johnson, was a Passenger in the Vehicle of Your <u>Controlment</u>,

Mr. Johnson, suffered Pain, bruising, to his Head, Neck, Back, And RIGHT Shoulder.

Mr. Johnson suffered Mental Augush, Distress, As well as fear of losing his life, And Due to the Decision making to transport Mr. Johnson in a Vehicle with a (Safety-Hazard / No Headlights.)

DEF: John Doe #2, Denied Mr. Johnson Medical treatment For Several Hours, Due to leaving THE Scene of an Accident.

Def: John Doe #2, collective and Individual actions are a clear violation of

(2)

9

Mr. Johnson Constitutional Rights, And
are a Violation of Mr. Johnson, Eighth
Amendment Rights.

(10)

3 of 4

## Statement of CLAIM
## Count III

Mr. Johnson re-alleGes all statements made
in this claim AGAinst DEF #3; John Doe #3,
On 11/4/2021 - DEF: John Doe #3, cause
Serious InjurY and did cause harm to
Mr. Johnson, Due to An Accident that
WAS CAUSE bY Human (NeGliGence), DRinking
Alcohol and DRiviNG Reckless. IncludinG SpeeDinG.

while MR. Johnson was a PassenGer in the
vehicle of Your Control-ment / Dispatch.

Mr. Johnson, Suffered Pain, BruisinG, To his
Head, neck, Back, And RIGHT ShouldeR.
Mr. Johnson, Suffered Mental AuGuish, Distress
As well as fear of losing his life, And
* Due to the Decision makinG to Transport
Mr. Johnson, in a vehicle with a (safety-
HAZARD / No HeadliGHTS.)
DEF: John Doe #3, Denied Mr. Johnson,

(3)

10

Medical Treatment For Several Hours, (11)
Due to leaving The scene of An Accident.
DEF: John Doe #3, collective and Individual
 Actions are a Clear Violation of
  Mr. Johnson Constitutional RIGHTS, And
  Are A Violation of Mr. Johnson, EIGHTH
  Amendment RIGHTS.

*Tommy L. Johnson*

Date: 1-13-2022

(4)

11

*Defendant John Doe #2; being sued in his Individual Capacity*
*Defendant John Doe #3; being sued in his individual Capacity*

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

(Sever) - Defendants sued in their individual Capacity

- Physical Pain, Injury, Suffering - $200,000.00,
- NEGLIGENCE - $300,000.00,
- Mental Anguish, Emotional Distress - $400,000.00,
- Psychological Damage - $200,000.00
- Punitive Damage - $400,000.00 And any Relief the Court deem I should get.

## VI.    JURY DEMAND (check one box below)

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 1-13-2022 (date)

Signature of Plaintiff *Tommy L. Johnson* Pro, Se

Shawnee Correctional Center
6665 State Route 146 East
Street Address

Printed Name: Tommy L. Johnson

Vienna, IL 62995
City, State, Zip

Prisoner Register Number: #R01286

_____
Signature of Attorney (if any)

Rev. 10/3/19



MAIL CLEARED
US MARSHALS

Tommy L. Johnson #R01286
SHAWNEE Correctional Center
6665 State Route 146 East
Vienna, Illinois 62995

Att: Legal Mail

CLERK OF THE Court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62220



RECEIVED

JAN 2 8 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE